# EXHIBIT A

**ATTACH MESSAGES**




