PLG DAMAGE ATTORNEYS
VINIT R. VENKATESH (367857)
2750 SW 145TH AVENUE #509
MIRAMAR, FLORIDA 33027
VV@PLGDAMAGE.COM
ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**Nicholas Hines,**

Plaintiff,

v.

**Grocery Delivery E-Services USA Inc., D/B/A Hello fresh**

Defendant.

Case No.: 3:26-cv-03392-RSH-AHG

**NOTICE OF SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Nicholas Hines individually and on behalf of all others similarly situated, by and through designated counsel, Vinit R. Venkatesh, Esq. of PLG Damage Attorneys, hereby notifies the Court that the parties have reached a settlement in principle resolving all claims and matters in controversy between them in this action.

The parties are currently in the process of finalizing the formal, written settlement agreement and executing the necessary documentation. The parties anticipate filing a

formal Stipulation of Dismissal with prejudice within forty-five (45) days of this Notice, or as otherwise directed by the Court.

Accordingly, Plaintiff respectfully requests that the Court vacate all pending deadlines, hearings, and case management conferences currently scheduled in this matter to allow the parties sufficient time to finalize and execute the settlement agreement and file the dismissal.

Dated: August 27, 2026

Respectfully submitted,

PLG Damage Attorneys
/s/ Vin Venkatesh, Esq.
Vin Venkatesh, Esq.
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered to receive electronic service in this case.

By: /s/ Vinit Roy Venkatesh

Vinit Roy Venkatesh, Esq