PLG DAMAGE ATTORNEYS
VINIT R. VENKATESH (367857)
VV@PLGDAMAGE.COM
2750 SW 145TH AVENUE #509
MIRAMAR, FLORIDA 33027
ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Nicholas Hines,
individually and on behalf of all
others similarly situated,

Plaintiff,

v.

Grocery Delivery E-Services USA Inc

Defendant.

Case No.: 3:26-cv-03392-RSH-AHG

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Nicholas Hines, hereby dismisses the above-captioned individual action against Defendant Grocery Delivery E-Services USA Inc, with prejudice.

Dated: October 27, 2026

/s/ *Vin R. Venkatesh, Esq.*
Vinit R. Venkatesh, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2026, I electronically filed the NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered to receive electronic notice in this case. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *Vin R. Venkatesh, Esq.*
Vinit R. Venkatesh, Esq.